IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CANDY KELLY, an individual, and DAVID MICHAEL KELLY, an individual,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>EVERETT R. ECHOLS, M.D., an individual; TOM A. CHAPMAN, an individual; EZ RX, an unknown business entity, QUALITEST PHARMACEUTICALS, INC., a domestic corporation, and DOES 1-10, inclusive,<br><br>　　　　　　　Defendants. | CIV- F-99-6443 AWI SMS<br><br>ORDER VACATING HEARING DATE OF JUNE 13, 2005, AND TAKING MATTER UNDER SUBMISSION |

　　　Defendant, QUALITEST PHARMACEUTICALS, Inc., has noticed for hearing and decision a muli-faceted Rule 12(b) motion to dismiss and motion to strike. The matter was scheduled for hearing to be held on June 13, 2005. The court has reviewed the moving papers and has determined that this matter is suitable for decision without oral argument. Local Rule 78-230(h).

　　　Therefore, IT IS HEREBY ORDERED that the previously set hearing date of June 13, 2005, is VACATED, and the parties shall not appear at that time. As of June 13, 2005, the Court will take the matter under submission and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:　　June 8, 2005　　　　　　　　　　　　/s/ Anthony W. Ishii
0m8i78　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE