UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CANDY KELLY, et al., | ) 1:05-CV-00118-AWI-SMS |
| Plaintiffs, | ) ORDER RE: FINDINGS AND |
| v. | ) RECOMMENDATION TO DENY |
| | ) PLAINTIFF'S MOTION FOR DEFAULT |
| EVERETT R. ECHOLS, II, M.D., an individual, et al., | ) JUDGMENT (DOCS. 59, 61, 65) |
| Defendants. | ) |

Plaintiffs are proceeding with a civil action in this Court. The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rules 72-302(c)(1) and 72-303.

On December 7, 2006, Plaintiff filed a motion for default judgment, including a notice, an application for the judgment, a memorandum of supporting points and authorities, and a request for a prove-up hearing. On February 7, 2007, the Court filed findings and a recommendation to deny Plaintiff's motion for default judgment. The findings and recommendation were served on all parties on February 7, 2007, and contained notice that any objections to the findings and recommendations were to be filed within thirty (30) days of the date of service of the order. No party has filed any objections.

1

1  In accordance with the provisions of 28 U.S.C. § 636
2  (b)(1)(C) and <u>Britt v. Simi Valley United School Dist.</u>, 708 F.2d
3  452, 454 (9th Cir. 1983), this Court has conducted a de novo
4  review of the case. Having carefully reviewed the entire file,
5  the Court finds that the report and recommendation are supported
6  by the record and proper analysis.
7       Accordingly, IT IS HEREBY ORDERED that:
8       1. The findings and recommendation filed February 7, 2007,
9  are ADOPTED IN FULL; and
10      2. Plaintiff's motion for default judgment IS DENIED.

12 IT IS SO ORDERED.
13 **Dated:   March 19, 2007**                    **/s/ Anthony W. Ishii**
   0m8i78                                         UNITED STATES DISTRICT JUDGE

2