IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CANDY KELLY, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> EVERETT R. ECHOLS, M.D., an ) <br> individual; et al., ) <br> ) <br> Defendants. ) <br> _____ ) | CIV- F-05-118 AWI SMS <br><br> **ORDER VACATING HEARING DATE OF MARCH 3, 2008, AND TAKING MATTER UNDER SUBMISSION** |

Defendants EZRX and the Hernadezes have noticed for hearing and decision a Rule 12(c) motion for judgment on the pleadings. The matter was scheduled for hearing to be held on March 3, 2008. The court has reviewed the moving papers and has determined that this matter is suitable for decision without oral argument. Local Rule 78-230(h).

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of March 3, 2008, is VACATED, and the parties shall not appear at that time. As of March 3, 2008, the Court will take the matter under submission and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   February 27, 2008            /s/ Anthony W. Ishii
                                     UNITED STATES DISTRICT JUDGE