BENJAMIN R. TRACHTMAN - 137458
RYAN M. CRAIG - 220648
TRACHTMAN & TRACHTMAN
27401 Los Altos, Suite 450
Mission Viejo, California  92691
(949) 282-0100
(949) 282-0111 [fax]

Attorneys for Defendants EZRX, LLC, Frank Carlos Hernandez
and Amada Hernandez

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CANDY KELLY, an individual, and DAVID MICHAEL KELLY, an individual,<br><br>    Plaintiffs,<br><br>-v-<br><br>EVERETT R. ECHOLS, II, M.D. an individual, TOM A. CHAPMAN, an individual, EZ RX, an unknown business entity, QUALITEST PHARMACEUTICALS INC., a domestic corporation, RX MEDICAL SERVICES CORPORATION, FRANK CARLOS HERNANDEZ AND AMANDA HERNANDEZ, and DOES 1 through 10, inclusive,<br><br>    Defendants. | CASE NO. 1:05-CV-00118-AWI-DLB<br><br>**SUBSTITUTION OF ATTORNEYS; ORDER THEREON** |

Pursuant to Local Rule 83-182(g), defendants Frank Carlos Hernandez and Amada Hernandez hereby SUBSTITUTE the following attorneys as attorneys of record in this action:

Trachtman & Trachtman
Benjamin R. Trachtman, Esq.
Ryan M. Craig, Esq.
27401 Los Altos, Suite 450
Mission Viejo, California  92691

The following attorneys are no longer attorneys of record in this action:

Dietrich, Glasrud, Mallek & Aune
Donald H. Glasrud, Esq.
Bruce A. Owdom, Esq.

1

SUBSTITUTION OF ATTORNEYS; ORDER THEREON

1                    DATED: March __6__, 2008.

2                                               TRACHTMAN & TRACHTMAN

3
                                                BY: /s/ Benjamin R. Trachtman
4                                                   BENJAMIN R. TRACHTMAN

5
                                                BY: /s/ Ryan M. Craig
6                                                   RYAN M. CRAIG

7                                               Attorneys for Defendants EZRX, LLC,
                                                Frank Carlos Hernandez and Amada Hernandez
8

9                    DATED: March __5__, 2008.

10                                              DIETRICH, GLASRUD, MALLEK & AUNE

11
                                                BY: /s/ Donald H. Glasrud
12                                                  DONALD H. GLASRUD

13
                                                BY: /s/ Bruce A. Owdom
14                                                  BRUCE A. OWDOM

15                                              Former Attorneys for Defendants
                                                Frank Carlos Hernandez and Amada Hernandez
16

17                   Dated: March __17__, 2008.

18
                                                 /s/ Frank Carlos Hernandez
19                                              FRANK CARLOS HERNANDEZ

20
                     Dated: March __17__, 2008.
21

22                                               /s/ Amada Hernandez
                                                AMADA HERNANDEZ
23

24                                              ORDER

25   IT IS SO ORDERED.

26   **Dated:   April 1, 2008**                     **/s/ Anthony W. Ishii**
                                                UNITED STATES DISTRICT JUDGE
27

28

                                                2
     SUBSTITUTION OF ATTORNEYS; ORDER THEREON