1
2
3
4
5           **IN THE UNITED STATES DISTRICT COURT FOR THE**
6                 **EASTERN DISTRICT OF CALIFORNIA**
7

| | |
|---|---|
| **CANDY KELLY, an individual, and DAVID MICHAEL KELLY, an individual,** ) ) ) | **CIV- F-05-118 AWI SMS** |
| **Plaintiffs**, ) ) | **ORDER VACATING JULY 21, 2008, HEARING DATE AND TAKING MATTER UNDER SUBMISSION** |
| **v.** ) ) | |
| **EVERETT R. ECHOLS, M.D., an individual; TOM A. CHAPMAN, an individual; EZ RX, an unknown business entity, QUALITEST PHARMACEUTICALS, INC., a domestic corporation, and DOES 1-10, inclusive,** ) ) ) ) ) ) ) | |
| **Defendants**. ) | |

Currently pending before this Court is Defendants' motion for summary judgment.  This motion is set for hearing on July 21, 2008, at 1:30 p.m.  The court has reviewed the moving papers and has determined that this matter is suitable for decision without oral argument.  Local Rule 78-230(h).

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of July 21, 2008, is VACATED, and the parties shall not appear at that time.  As of July 21, 2008, the Court will take Defendant's motion to dismiss under submission and will thereafter issue its decision.

IT IS SO ORDERED.

**Dated:   July 16, 2008**          ___/s/ Anthony W. Ishii___
                                  CHIEF UNITED STATES DISTRICT JUDGE